No. 692. BUNGER *v.* GREEN RIVER. Motion to dismiss distributed February 20, 1937. Decided March 1, 1937. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the want of a substantial federal question. (1) *Gundling* v. *Chicago,* 177 U. S. 183, 188; *Western Turf Assn.* v. *Greenberg,* 204 U. S. 359, 363; *Williams* v. *Arkansas,* 217 U. S. 79. (2) *Lindsley* v. *Natural Carbonic Gas Co.,* 220 U. S. 61, 81; *Central Lumber Co.* v. *South Dakota,* 226 U. S. 157, 160; *Bryant* v. *Zimmerman,* 278 U. S. 63, 73. (3) *Asbell* v. *Kansas,* 209 U. S. 251, 254, 255; *Savage* v. *Jones,* 225 U. S. 501, 525; *Hartford Indemnity Co.* v. *Illinois,* 298 U. S. 155, 158. *Mr. John W. Davis* for appellant. *Mr. T. S. Taliaferro, Jr.,* for appellee.